UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGIA MICHELLE GREGG (BOP REGISTER NO. 09223-479), ) ) ) Petitioner, ) ) VS. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | CIVIL ACTION NO. 3:20-CV-1067-G |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 26, 2020.

_____
A. JOE FISH
Senior United States District Judge